IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | No. 3:19cv591 |
|---|---|---|
| **PHILLIP BRADLEY POLK,** | : | |
| Petitioner | : | |
| v. | : | (Judge Munley) |
| | : | |
| **CATRICIA HOWARD,** | : | |
| Respondent | : | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Polk's motion to take judicial (Doc. 14) is **GRANTED**;

2. Polk's 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** for lack of jurisdiction; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

Date: 9/12/19

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**